# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| DAVID MOSER, et al, )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>CLUB CAR WASH OPERATING, LLC, et al, )<br>        Defendants. ) | Case Number: 2:24-cv-04058-WJE |

**CLERK'S JUDGMENT**

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x     Decision by Court.
        ORDERED,

1. Plaintiffs' Unopposed Motion to Approve Settlement Agreement (Doc. 29) is GRANTED.
2. The proposed Settlement Agreement (Doc. 29-1) is APPROVED as fair and reasonable in all respects.
3. The Court conditionally certifies the Collective pursuant to § 216 of the Fair Labor Standards Act, 29 U.S.C. § 203, *et seq.*, which is defined as follows:
   All persons nationwide who are employed or were previously employed by Club as Maintenance Technicians at any time from April 17, 2021, until the date the Court approves the Settlement.
4. The Court approves both the "Notice of Collective Action Settlement" attached to the Settlement Agreement as Exhibit 1-A (Doc. 29-1 at 18-20) and the Consent to Join/Claim Form, attached to the Settlement Agreement as Exhibit 1-B (Doc. 29-1 at 22).
5. The Court approves the requested Representative Service Awards to Plaintiffs David Moser and Richard Adams.
6. The Court approves the requested Attorneys' Fees in the amount of $200,000.00 and Costs in the amount of $4,858.00.
7. The Court appoints ILYM Group, Inc. as the Settlement Administrator and approves Settlement Administration Costs estimated to be $7,913.17.
8. The Parties shall comply with the terms of the Settlement Agreement (Doc. 29-1), which terms are incorporated herein by reference.
9. This Action is DISMISSED with prejudice with the right to reinstate to enforce the terms of the Settlement Agreement. Without further order of the Court, the Parties may agree to reasonably necessary extensions of time to carry out any of the provisions of the Settlement Agreement.
10. The Court retains jurisdiction to enforce the Settlement Agreement.

ENTERED ON: January 24, 2025

                                                          PAIGE WYMORE-WYNN
                                                          Court Clerk

                                                          *Angel L. Geiser*
                                                          (By) Deputy Clerk